Carthel J. HODGES, Sr. *v.* Mary Ann HODGES

89-122                                                   771 S.W.2d 741

Supreme Court of Arkansas
Opinion delivered May 1, 1989

*Herrods of Arkansas, P.A.*, by: *E.H. "Buz" Herrod*, for petitioner.

*Steve Clark*, Att'y Gen., by: *Paul Cherry*, Asst. Att'y Gen., for respondent Pulaski County Chancery Court, Second Division.

PER CURIAM.     We deny the petitioner's request for a writ of prohibition, but we do so because the record and orders presented to us are unclear. In denying such relief, we in no way intend to give validity to the standing master order entered below, but assume that any issue addressing that point would be presented to us along with any other in any appeal.

HICKMAN, J., not participating.